Same case below, 637 F.3d 889.

**No. 11-353. United States ex rel. Thomas Ubl, Petitioner v. IIF Data Solutions, Inc., et al.**

565 U.S. 979, 132 S. Ct. 526, 181 L. Ed. 2d 352, 2011 U.S. LEXIS 7787.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 650 F.3d 445.

**No. 11-361. Rudolph Alexander, Petitioner v. Ohio State University College of Social Work, et al.**

565 U.S. 979, 132 S. Ct. 528, 181 L. Ed. 2d 352, 2011 U.S. LEXIS 7907.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 429 Fed. Appx. 481.

**No. 11-366. Justin Ringgold-Lockhart, et al., Petitioners v. Myer J. Sankary, et al.**

565 U.S. 980, 132 S. Ct. 528, 181 L. Ed. 2d 352, 2011 U.S. LEXIS 7757.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-370. Colt Allen O'Connell, Petitioner v. Maggie Miller-Stout, Superintendent, Airway Heights Corrections Center.**

565 U.S. 980, 132 S. Ct. 528, 181 L. Ed. 2d 352, 2011 U.S. LEXIS 7816.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-371. Nick C. Tran, Petitioner v. United States.**

565 U.S. 980, 132 S. Ct. 528, 181 L. Ed. 2d 352, 2011 U.S. LEXIS 7755.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 433 Fed. Appx. 227.

**No. 11-387. Douglas E. Leightey, Petitioner v. United States.**

565 U.S. 980, 132 S. Ct. 534, 181 L. Ed. 2d 352, 2011 U.S. LEXIS 7855.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 432 Fed. Appx. 836.

**No. 11-392. Frank M. Lombard, Petitioner v. United States.**

565 U.S. 980, 132 S. Ct. 534, 181 L. Ed. 2d 352, 2011 U.S. LEXIS 7730.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 424 Fed. Appx. 5.

**No. 11-5253. Lamarr Fletcher, Petitioner v. United States.**

565 U.S. 980, 132 S. Ct. 498, 181 L. Ed. 2d 352, 2011 U.S. LEXIS 7843.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.